STEPHEN J. FOONDOS (SBN: 148982)
Email: *sfoondos@unitedlawcenter.com*
**UNITED LAW CENTER**
*A Professional Law Corporation*
3301 Watt Avenue, Suite 500
Sacramento, California 95821
Telephone: (916) 367-0630
Facsimile: (916) 865-0817

Attorneys for Plaintiff, KEITH HARD

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| KEITH HARD,<br><br>    Plaintiff,<br><br>vs.<br><br>BANK OF NEW YORK MELLON, AS TRUSTEE OF FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-FA7 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FA7; FIRST HORIZON HOME LOAN CORPORATION; and DOES 1 through 50, inclusive,<br><br>    Defendants | Case No. 2:14-cv-01948-TLN-CMK<br><br>**ORDER APPROVING STIPULATION TO CONTINUE DISCOVERY AND EXPERT DISCLOSURE DEADLINE DATES**<br><br>[Filed concurrently with Stipulation]<br><br>Complaint: **7/16/14**<br>First Amended Complaint: **3/31/15**<br>Trial Date: **Not Set** |

Based on the concurrently filed STIPULATION TO CONTINUE DEADLINE DATES FOR DISCOVERY COMPLETION AND EXPERT DISCLOSURE, and good cause appearing, IT IS HEREBY ORDERED:

1. The discovery completion date of January 2, 2019 is extended to February 19, 2019.

2. The expert disclosure date of March 7, 2018 is extended to April 21, 2019.

**IS SO ORDERED.**

Dated: January 2, 2019

Troy L. Nunley
United States District Judge

**ORDER APPROVING STIPULATION TO CONTINUE DEADLINE DATES FOR DISCOVERY COMPLETION AND EXPERT DISCLOSURE**

Page 2